**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

LUVENIA ROSS-THOMPSON,

*Plaintiff,*

v.

RELIANCE FAMILY CARE SERVICES, INC, et. al.,

*Defendant.*

CIVIL ACTION
NO. 24-0043

**ORDER**

**AND NOW**, this 28th day of September, 2026, upon consideration of Defendants Reliance Family Care Services Inc., Uwayemen Uwadiale and Regan Ataman's Motion for Summary Judgment (Dkt. No. 29), Plaintiff Luvenia Ross-Thompson's Response in Opposition (Dkt. No. 33) and after holding oral argument (Dkt. No. 46), it is **ORDERED** that the Motion is **GRANTED in part** and **DENIED in part** as follows:

1. The Motion is **DENIED** with respect to the national origin discrimination claims under Counts I and II;
2. The Motion is **GRANTED** with respect to the retaliation claims under Counts I and II;
3. The Motion is **GRANTED** with respect to the individual liability claim under the PHRA in Count II against Ataman, but **DENIED** with respect to that claim against Uwadiale.

BY THE COURT:

***/s/ Gerald J. Pappert***

Gerald J. Pappert, J.